E. FRANCES BRIGGS, PETITIONER-RESPONDENT, v. PAS-
SAIC BOARD OF EDUCATION, RESPONDENT-PETI-
TIONER.

See same case below: 23 *N. J. Super.* 79.

*Mr. George F. Lahey, Jr.,* for the petitioner.

*Mr. Martin Klughaupt* for the respondent.

February 16, 1953.   Denied.